IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-19-77 |
| | * | |
| YAKOV COHEN | * | (Conspiracy to Commit Wire Fraud, 18 |
|   a/k/a "Jay Collins," | * | U.S.C. § 1349; Wire Fraud, 18 U.S.C. |
|   a/k/a "Kobi Cohen," | * | § 1343; Aiding and Abetting, 18 U.S.C. |
| YOSEF HERZOG | * | § 2; Forfeiture, 28 U.S.C. § 2461, 18 |
|   a/k/a "Yossi Herzog," | * | U.S.C. § 981, 21 U.S.C. § 853) |
| ORI MAYMON | * | |
|   a/k/a "Or Maymon," | * | |
|   a/k/a "Patrick Accardo," | * | |
| NISSIM ALFASI | * | |
|   a/k/a "Nick Onasis," | * | |
| ELAD BIGELMAN | * | |
|   a/k/a "Michael Goldberg," | * | |
| RUNAL JEEBUN | * | |
|   a/k/a "Ryan Jeebun," | * | |
| SABRINA ELOFER | * | |
|   a/k/a "Mila Morales," | * | |
| AFIK TORI | * | |
|   a/k/a "Kevin White," | * | |
|   a/k/a "Harvey Stone," | * | |
| ANOG MAAREK | * | |
|   a/k/a "Daniel Buckley," | * | |
|   a/k/a "Daniel Marek," | * | |
|   a/k/a "Hanog Dany Maarek," | * | |
| ORON MONTGOMERY | * | |
|   a/k/a "Bill Shnizer," | * | |
| DAVID BARZILAY | * | |
|   a/k/a "Dave Simpson," | * | |
| GILAD MAZUGI | * | |
|   a/k/a "Gilad Mazugy," | * | |
|   a/k/a "Adam Bloom," | * | |
|   a/k/a "Adam Morgan," | * | |
| HADAS BEN HAIM | * | |
|   a/k/a "Jessica Giovanie," | * | |
| YOUSEF BISHARA | * | |
|   a/k/a "Yossef Bshara," | * | |
|   a/k/a "Omar Alamin," | * | |
|   a/k/a "Omar Abdullah," and | * | |
| NIR EREZ | * | |
|   a/k/a "Jack Cohen," | * | |
| | * | |
| **Defendants** | ****** | |

## MOTION BY THE UNITED STATES TO UNSEAL SUPERSEDING INDICTMENT

The United States of America, by and through undersigned counsel, respectfully requests that this Court issue an Order unsealing the Superseding Indictment as to all defendants. In support of this Motion, the United States submits as follows:

1. On or about February 13, 2019, a federal grand jury sitting in the District of Maryland returned a four-count Indictment charging nine Defendants in the above-captioned case with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2.

2. The Government moved to seal the Indictment in the instant case in order to protect the Government's ongoing investigation and to safeguard cooperating witnesses.

3. On September 25, 2019, a federal grand jury sitting in the District of Maryland returned a four-count First Superseding Indictment charging fifteen Defendants (including the nine named in the original Indictment) in the above-captioned case with conspiracy to commit wire fraud and wire fraud.

4. The government again moved to seal the Superseding Indictment to protect the government's ongoing investigation, among other reasons.

5. On November 8, 2019, Defendant Anog Maarek appeared in this Court after being arrested. At that time, the government orally moved to unseal the Superseding Indictment as to all defendants, as the government believed that sealing was no longer necessary to protect the government's investigation or aid in the apprehension of the remaining defendants. This oral motion was granted, however portions of the docket remain under seal.

6. The government believes that it is no longer necessary for the Superseding Indictment to remain under seal. The government now files this Motion to unseal the Indictment and the Superseding Indictment so that they are visible on the public docket.

Dated: January 24, 2020

                                Respectfully submitted,

                                ROBERT A. ZINK
                                Chief, Fraud Section
                                Criminal Division
                                U.S. Department of Justice

                By:       /s/
                                Caitlin R. Cottingham, Assistant Chief
                                L. Rush Atkinson, Assistant Chief
                                Fraud Section, Criminal Division
                                U.S. Department of Justice
                                1400 New York Ave. N.W.
                                Washington, D.C. 20530

It is so **ORDERED**, this 24th day of January 2020.

 

**HONORABLE PAULA XINIS**
**UNITED STATES DISTRICT JUDGE**

3